No. 399. SHELL OIL Co. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 3d Cir. Certiorari denied. *Oliver L. Stone, George C. Schoenberger, Jr.* and *William F. Kenney* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, John G. Laughlin, Jr., Ralph S. Spritzer, Howard E. Wahrenbrock* and *Luke R. Lamb* for the Federal Power Commission, *Mathias F. Correa* for Texas Gas Transmission Corp., and *Gavin H. Cochran* for Louisville Gas & Electric Co., respondents.

No. 388. VILLAGE OF ESPANOLA, NEW MEXICO, *v.* YOUR FOOD STORES, INC. Supreme Court of New Mexico. Certiorari denied. *Fred M. Standley* and *Walter R. Kegel* for petitioner. *John S. Catron* and *Sumner S. Koch* for respondent.

No. 378. SHAFFER ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Richard E. Gorman* and *Myer H. Gladstone* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 381. ABBOTT *v.* UNITED STATES. Court of Claims. Certiorari denied. *Leonard J. Calhoun* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for the United States.

No. 392. BELL *v.* F. W. WOOLWORTH Co. C. A. 5th Cir. Certiorari denied. *Robert L. Ivy* for petitioner. *William L. Kerr* for respondent.